IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| O'TERRIUS PERNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-707-BL-JTA |
| | ) (WO) |
| INTERNATIONAL PAPER | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case was referred to the undersigned for all pretrial proceedings and entry of any orders or recommendations as may be appropriate. (Doc. No. 4.) Before the court is the Motion for Leave to File Second Amended Complaint (Doc. No. 16) filed by *pro se* Plaintiff O'Terrius Pernell.

The court finds Plaintiff's motion for leave to amend is due to be granted in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 15(a)(2) (requiring that leave to amend shall be freely granted "when justice so requires"); *Woldeab v. Dekalb Cnty. Bd. of Educ.*, 885 F.3d 1289, 1291 (11th Cir. 2018) (noting that Rule 15(a) "'severely restrict[s]'" a district court's discretion to deny leave to amend a complaint (quoting *Thomas v. Town of Davie*, 847 F.2d 771, 773 (11th Cir. 1988)). Further, upon consideration of Plaintiff's motion for leave to amend, Plaintiff's *pro se*, *in forma pauperis* status, and the nature of Plaintiff's pleadings, the undersigned has determined a

volunteer attorney from the court's *Pro Se* Assistance Program ("PSAP") shall made available to assist Plaintiff with amending his complaint.

Accordingly, it is ORDERED as follows:

1. Plaintiff's motion for leave to amend the complaint (Doc. No. 16) is GRANTED. **On or before December 5, 2025**, Plaintiff shall file an amended complaint that complies with the following instructions:

    a. Names as defendants only those individuals he contends are personally responsible for the acts or omissions upon which Plaintiff bases his claims. Plaintiff shall specify the capacity or capacities in which each Defendant is sued.

    b. Sets out a short, plain statement of the facts on which Plaintiff bases his claims. Plaintiff must specifically describe how each named Defendant acted, or failed to act, in a manner that gave rise to each of Plaintiff's claims against them.

    c. Presents a short and plain statement of each claim showing Plaintiff is entitled to relief and giving each Defendant fair notice of what Plaintiff's claims are and the grounds upon which each claim rests. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007); Fed. R. Civ. P. 8(a)(2). The amended complaint should set out each claim in a separately numbered count and reference specific allegations of fact that support each legal claim.

2.      **On or before November 20, 2025**, Plaintiff shall complete and file the following forms: (1) the Information of The Pro Se Party for Participation in the *Pro Se* Assistance Program, and (2) Declaration of The Pro Se Party to Participate in the *Pro Se* Assistance Program.[1] PSAP volunteers are limited in availability,[2] and no guarantee is made that a PSAP volunteer may be found, despite the court's and the PSAP program's best efforts. **Therefore, regardless of whether a PSAP attorney can be made available to assist Plaintiff, his amended complaint is due by the deadline indicated in the preceding paragraph**.

The Clerk of Court is DIRECTED to send Plaintiff one copy of each of the following two forms: (1) the Information of The Pro Se Party for Participation in the *Pro Se* Assistance Program, and (2) Declaration of The Pro Se Party to Participate in the *Pro Se* Assistance Program.[2]

**Failure to comply with this order may result in sanctions for failure to prosecute or failure to comply with court orders. Such sanctions may include monetary sanctions or a recommendation of dismissal with or without prejudice.**

DONE this 13th day of November, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] The two required PSAP forms are also available at the following link: https://www.almd.uscourts.gov/representing-yourself/pro-se-assistance-program.

[2] Appointment of a PSAP attorney to assist Plaintiff is contingent upon the availability of a volunteer. The forms referenced in this Order are a necessary prerequisite to determining availability.