IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| O'TERRIUS PERNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-707-BL-JTA |
| | ) (WO) |
| INTERNATIONAL PAPER COMPANY | ) |
| and UNITED STEELWORKERS | ) |
| LOCAL 1978, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the court is Defendant International Paper Company's unopposed motion for extension of time to respond to the second amended complaint. (Doc. No. 26.) Defendant International Paper Company states the copy of the second amended complaint in the court's record is incomplete, but *pro se* Plaintiff O'Terrius Pernell provided it with a complete service copy of the second amended complaint. (*Id*.) Due to the delay in receiving the complete service copy,[1] Defendant International Paper Company seeks a ten-day extension of time to answer or otherwise respond to the second amended complaint. (*Id*.) Upon consideration of the motion, the necessity of maintaining a complete public record of the parties' pleadings on the court's docket, Defendant International Paper Company's

---

[1] Defendant International Paper Company also seeks an extension of time to answer due to the recent Thanksgiving holidays. The existence of the Thanksgiving holidays, without more, does not contribute to the court's finding of good cause for the extension of the answer deadline.

willingness to proceed on the complete copy of the second amended complaint, and Defendant International Paper Company's showing of good cause in accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, it is ORDERED as follows:

1. Defendant International Paper Company's unopposed motion for extension of time to respond to the second amended complaint (Doc. No. 26) is GRANTED.

2. **On or before December 12, 2025,** Plaintiff shall file, in a single filing, a complete and exact copy of the second amended complaint he previously served on Defendant International Paper Company. The complete, exact copy of the second amended complaint, once filed, shall supersede the incomplete second amended complaint currently on the court's docket. (Docs. No. 22, 23.) **Failure to timely file a complete, exact copy of the second amended complaint may result in sanctions, including a recommendation of dismissal of this action with or without prejudice.**

3. **On or before December 19, 2025**, Defendant International Paper Company shall answer or otherwise respond to the second amended complaint.

**Going forward, Plaintiff shall diligently ensure all documents filed with the Court are complete at the time of their filing. Only those documents filed in the Court record may be considered by the Court. The parties shall not file answers or responses to alternate versions of pleadings or motions not filed in the Court record.**

DONE this 2nd day of December, 2025.

/s/ Jerusha T. Adams
_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE